QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMIRO SANTOYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  01:cr-04-5294 AWI |
|---|---|---|
| *Plaintiff*, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) | |
| RAMIRO SANTOYO, | ) | Date:  May 9, 2005 |
| *Defendant*. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon.  Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for April 21, 2005 may be continued to **May 9, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: April 19, 2005                           MCGREGOR W. SCOTT
                                                        United States Attorney

                                                        By /s/ Sheila K. Oberto
                                                        SHEILA K. OBERTO
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

DATED: April 19, 2005

                                                        QUIN DENVIR
                                                        Federal Public Defender

                                                        By /s/ Mark A. Lizárraga
                                                        MARK A. LIZARRAGA
                                                        Assistant Federal Defender
                                                        Attorney for Defendant

## **O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 20, 2005**                           **/s/ Anthony W. Ishii**
0m8i78                                                     UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference                2