QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMIRO SANTOYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  1:04-cr-5294 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| RAMIRO SANTOYO, ) | Date:  May 31, 2005 |
| ) | Time:   9:00 a.m. |
| Defendant. ) | Judge: Hon.  Anthony W. Ishii |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for May 9, 2005, may be continued to **May 31, 2005 at 9:00 a.m.**

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: May 4, 2005                                        MCGREGOR W. SCOTT
                                                          United States Attorney


                                                   By /s/ Sheila K. Oberto
                                                          SHEILA K. OBERTO
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff


DATED: May 4, 2005
                                                          QUIN DENVIR
                                                          Federal Public Defender


                                                   By /s/ Mark A. Lizárraga
                                                          MARK A. LIZÁRRAGA
                                                          Assistant Federal Defender
                                                          Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 5, 2005**                          /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing            2