QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMIRO SANTOYO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  1:04-cr-5294 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER |
| v. | ) ) | THEREON |
| RAMIRO SANTOYO, | ) ) | Date: July 5, 2005 Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for June 27, 2005, may be continued to **July 5, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2  DATED: June 22, 2005                                    MCGREGOR W. SCOTT
                                                           United States Attorney

                                                           By /s/ Sheila K. Oberto
                                                           SHEILA K. OBERTO
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff

   DATED: June 22, 2005
                                                           QUIN DENVIR
                                                           Federal Public Defender


                                                           By /s/ Mark A. Lizárraga
                                                           MARK A. LIZÁRRAGA
                                                           Assistant Federal Defender
                                                           Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 24, 2005**                         **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing          2