# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
2005 SEP -6 P 6:00

CLERK US DISTRICT COURT
EAST. DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

**United States of America**
vs.
Ramiro Santoyo

Case No. CR-F-04-5294-AWI

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Ramiro Santoyo_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition of home detention with electronic monitoring is removed.
All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/30/05          _____  8/29/05
Signature of Defendant   Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    9/6/05
Signature of Assistant United States Attorney         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    9/6/05
Signature of Defense Counsel              Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on _forthwith_.
☐ The above modification of conditions of release is *not* ordered.

_____                    Sept 6, 2005
Signature of Judicial Officer             Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services