Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | RAMIRO SANTOYO |
| **Docket Number:** | 1:04CR05294-01 AWI |
| **Offender Address:** | Firebaugh, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 09/19/2005 |
| **Original Offense:** | Counterfeiting Obligations and Securities of the United States and Aiding and Abetting, 18 USC 471 and 2 (CLASS C FELONY) |
| **Original Sentence:** | 12 months, 1 day BOP; 36 months TSR; $100 SA; $1,630 fine; mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Not dispose of assets; 3) Access to financial records; 4) Not incur new credit; 5) Drug/alcohol treatment; 6) Drug/alcohol testing program; 7) Co-payment; 8) Unannounced computer examination; 9) DNA collection |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 06/06/2006 |
| **Assistant U.S. Attorney:** | Sheila K. Oberto          **Telephone:** 559) 497-4900 |
| **Defense Attorney:** | Federal Defender          **Telephone:** (559) 487-5661 |
| **Other Court Action:** | None |

RE:   **RAMIRO SANTOYO**
**Docket Number:  1:04CR05294-01 AWI**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

1.    The defendant shall reside and participate in a residential community corrections center, Turning Point Comprehensive Sanctions Center, Fresno, California, for a period of at least 90, but not more than 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).  Subsistence cost for this placement is waived.

**Justification:**    On June 4, 25, and July 5,  2007, the releasee submitted a urine specimen which returned positive to amphetamine/methamphetamine.  This officer's intervention included a verbal reprimand, increased drug testing and instructions to participate in AA/NA meetings in the Firebaugh area.  On August 7, and September 4, 2007, he again relapsed.  This officer's intervention included a referral to an out-patient substance abuse treatment program and a referral to a sober living program, both in Firebaugh. On October 30, 2007, he again submitted a positive drug test.  During an office contact on November 14, 2007, the releasee admitted using methamphetamine the previous day.   He acknowledged his ongoing drug problem and is requesting help to overcome his addiction.

In that the releasee has maintained full-time employment and residential stability, and the fact that he is the sole provider for his family, this officer attempted to utilize local resources (in Firebaugh) in order to address his drug problem.  However, he continues to use controlled substances.  Therefore, this officer is recommending that he be ordered to reside in and participate at Turning Point Comprehensive Sanctions Center, Fresno, California, for a period of at least 90 but not more than 120 days.  Such a placement will provide the releasee a secure environment that will allow him to receive more intensive substance abuse treatment in addition to allowing him to remain employed to support his

Rev. 10/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **RAMIRO SANTOYO**
      **Docket Number:  1:04CR05294-01 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

family.  Because the payment of subsistence costs would create a financial hardship on the releasee and his family, it is recommended that such subsistence cost be waived.

Attached is a Probation 49a-Waiver which has been signed by the releasee agreeing to the proposed modification to the supervision terms and conditions.

The releasee has been informed that any continued drug use that occurs following the commencement of the Turning Point placement will result in his return to Court to answer why supervised release should not be revoked.

Respectfully submitted,


**/s/ Hubert J. Alvarez**
**HUBERT J. ALVAREZ**
**Senior United States Probation Officer**
Telephone:  (559) 499-5727


**DATED:**       November 14, 2007
              Fresno, California
              HJA; mb


**REVIEWED BY:**      **/s/ Bruce Vasquez**
                     **BRUCE A. VASQUEZ**
                     **Supervising United States Probation Officer**

Rev. 10/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **RAMIRO SANTOYO**
      **Docket Number:  1:04CR05294-01 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

Dated:   __November 19, 2007__                    _____/s/ Anthony W. Ishii_____
                                               UNITED STATES DISTRICT JUDGE

Rev. 10/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG